**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

**No. 52288.**

April 6, 1972.

 The showing made by relator does not warrant the relief sought.

 the result is correct.

SANDERS, J., is of the opinion that a writ should be granted.

SUMMERS, J., is of the opinion that the writ should be granted.

TATE, J., dissents. The majority apparently accepts the premise that this case, under its peculiar facts, is not decided in conflict with such jurisprudence as State, Dept. of Highways v. Landry, 171 So.2d 779 (La.App. 3 Cir. 1965), cert. denied 247 La. 676, 173 So.2d 541. I do not.

259 So.2d 914

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

**v.**

**Habeeb MONSUR, Jr., et al.**

**No. 52260.**

April 6, 1972.

259 So.2d 914

**Lester J. LEGER**

**v.**

**James TOWNSEND and Willis Wolf.**

**No. 52287.**

April 6, 1972.

the result is correct.

TATE, J., in concurring in denial, notes that under the allegations the partnership employee was injured while acting as a borrowed employee of a third person, so therefore the alleged breach of duty by the partner had no causal connection with the injury at work.